IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>CHEROKEE NATION, and<br>CHOCTAW NATION OF OKLAHOMA,<br><br>*Intervenor Plaintiffs*,<br><br>and<br><br>MUSCOGEE (CREEK) NATION,<br><br>*Consolidated Plaintiff*,<br><br>v.<br><br>CAROL ISKI, District Attorney for the Twenty-Fifth Prosecutorial District of Oklahoma, in her official capacity,<br><br>*Defendant*. | Case No. 24-CV-0493-CVE<br>(<u>BASE FILE</u>)<br><br>Consolidated with:<br>Case No. 25-CV-0028-CVE |

**JOINT STATUS REPORT**

Pursuant to the Court's Order Granting Stay and Administrative Closing (ECF No. 92), as well as the Court's August 12, 2025, and September 25, 2025, Minute Orders (ECF Nos. 94, 99), the parties file this joint report regarding the status of their good-faith settlement discussions. The parties have not reached an agreement that would resolve this case.

However, at the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and those appropriations lapsed. Accordingly, the United States requests that the stay be extended until Congress has restored appropriations to the Department. If the stay is extended, counsel for the United States will notify the Court as soon as Congress has appropriated funds for the Department.

1

District Attorney Iski and Consolidated Plaintiff Muscogee (Creek) Nation do not oppose this request. Counsel for Intervenor Plaintiffs Cherokee Nation and Choctaw Nation of Oklahoma represented that they would be filing a separate status report.

DATED: October 3, 2025				Respectfully submitted,

						ADAM R.F. GUSTAFSON
						Acting Assistant Attorney General

						*/s/ Cody McBride*
						CODY MCBRIDE
						HILLARY HOFFMAN
						United States Department of Justice
						Environment & Natural Resources Division
						Tribal Resources Section
						P.O. Box 7611, Ben Franklin Station
						Washington, D.C. 20044
						Tel.: (202) 514-6755 (McBride)
						Tel.: (202) 598-3147 (Hoffman)
						Fax: (202) 353-1156
						cody.mcbride@usdoj.gov
						hillary.hoffman@usdoj.gov

OF COUNSEL:
CONOR CLEARY, Field Solicitor, Tulsa Field Solicitor's Office
United States Department of the Interior
Office of the Solicitor

						*Attorneys for United States of America*

| | |
|---|---|
| Geraldine Wisner, OBA No. 20128<br>Attorney General<br>MUSCOGEE (CREEK) NATION<br>P.O. Box 580<br>Okmulgee, OK 74447<br>(918) 295-9720<br>gwisner@mcnag.com<br><br>O. Joseph Williams, OBA No. 19256<br>O. JOSEPH WILLIAMS LAW OFFICE, PLLC<br>The McCulloch Building<br>114 N. Grand Avenue, Suite 520<br>P.O. Box 1131<br>Okmulgee, OK 74447<br>(918) 752-0020<br>jwilliams@williamslaw-pllc.com | */s/ Riyaz A. Kanji*<br>Riyaz A. Kanji<br>David A. Giampetroni<br>Josh Handelsman<br>KANJI & KATZEN, P.L.L.C.<br>P.O. Box 3971<br>Ann Arbor, MI 48106<br>(734) 769-5400<br>rkanji@kanjikatzen.com<br>dgiampetroni@kanjikatzen.com<br>jhandelsman@kanjikatzen.com<br><br>Philip H. Tinker, OBA No. 36498<br>KANJI & KATZEN, P.L.L.C.<br>12 N. Cheyenne Avenue, Suite 220<br>Tulsa, OK 74103<br>(206) 344-8100<br>ptinker@kanjikatzen.com |

*Counsel for Muscogee (Creek) Nation*

*/s/ Phillip G. Whaley*
Phillip G. Whaley, OBA #13371
Grant M. Lucky, OBA #17398
Patrick R. Pearce, Jr., OBA #18802
RYAN WHALEY
400 North Walnut Avenue
Oklahoma City, OK 73104
(405) 239-6040
(405) 239-6766 FAX
pwhaley@ryanwhaley.com
glucky@ryanwhaley.com
rpearce@ryanwhaley.com

Trevor S. Pemberton, OBA #22271
PEMBERTON LAW GROUP, PLLC
600 North Robinson Avenue, Suite 308
Oklahoma City, OK 73102
P: (405) 501-5054
trevor@pembertonlawgroup.com

*Attorneys for Defendant*
*Carol Iski*

## CERTIFICATE OF SERVICE

  I certify that on October 3, 2025, I electronically filed this document with the Clerk of the Court by using the CM/ECF system, which will serve and send a notice of electronic filing to all parties or their counsel of record.

                */s/ Cody McBride*
                CODY MCBRIDE