IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>and<br><br>CHEROKEE NATION, and<br>CHOCTAW NATION OF OKLAHOMA,<br><br>　　　　　　　Intervenor Plaintiffs,<br><br>and<br><br>MUSCOGEE (CREEK) NATION,<br><br>　　　　　　　Consolidated Plaintiff,<br><br>vs.<br><br>CAROL ISKI, District Attorney for the<br>Twenty-Fifth Prosecutorial District<br>of Oklahoma in her official capacity,<br><br>　　　　　　　Defendant. | Case No: 4:24-cv-0493-CVE<br>　　　(BASE FILE)<br><br>Consolidated with:<br>Case No. 25-CV-0028-CVE |

**STATUS REPORT OF CHEROKEE NATION AND CHOCTAW NATION OF OKLAHOMA**

Pursuant to the Court's Minute Order of September 25, 2025, ECF No. 99, Plaintiffs Cherokee Nation and Choctaw Nation of Oklahoma ("Nations") submit this status report regarding the stay. The parties have not reached an agreement that would resolve this case. Accordingly, the Nations request that the previously pending motions, *see* ECF Nos. 8, 50, 57, 58, 68, 77, be re-noticed and taken under submission, and the briefing schedule for further proceedings, ECF No. 15, be reinstated. The federal government shutdown should not interfere with the Court's decision on the pending motions to dismiss, as those motions have been fully briefed. If the federal

1

shutdown does interfere with the litigation in the future, the Nations propose that the parties address that circumstance if and when it arises.

Dated: October 3, 2025            Respectfully submitted,

By: */s/ Frank S. Holleman*
Frank S. Holleman
Douglas B. L. Endreson
Anne DeLong
SONOSKY, CHAMBERS, SACHSE,
  ENDRESON & PERRY, LLP
1425 K St. NW, Suite 600
Washington, DC 20005
Tel: 202-682-0240
E-mail: fholleman@sonosky.com
        dendreso@sonosky.com
        adelong@sonosky.com

*Counsel for the Cherokee Nation and Choctaw Nation of Oklahoma*

Chad Harsha
*Attorney General*
CHEROKEE NATION
OFFICE OF ATTORNEY GENERAL
P.O. Box 1533
Tahlequah, OK 74465
Tel: 918-453-5369
E-mail: chad-harsha@cherokee.org

R. Trent Shores
GABLEGOTWALS
110 N. Elgin Avenue, Suite 200
Tulsa, OK 74120
Tel: 918-595-4800
E-mail: tshores@gablelaw.com

Stephen Greetham
GREETHAM LAW, PLLC
621 Greenwood Road
Chapel Hill, NC 27514
Tel: 580-399-6989
E-mail: sgreetham@greethamlaw.net

*Counsel for the Cherokee Nation*

4899-4875-2239, v. 1

Michael Burrage
WHITTEN BURRAGE
512 N. Broadway Ave., Suite 300
Oklahoma City, OK 73102
Tel: 405-516-7800
E-mail: mburrage@whittenburragelaw.com

Brian Danker
*Senior Executive Officer*
DIVISION OF LEGAL & COMPLIANCE
CHOCTAW NATION OF OKLAHOMA
1802 Chukka Hina Drive
Durant, OK 74701
Tel: 580-642-7423
E-mail: bdanker@choctawnation.com

*Counsel for the Choctaw Nation of Oklahoma*

## CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2025, I electronically filed the above and foregoing document with the Clerk of Court via the ECF System for filing.

*/s/ Frank S. Holleman*
Frank S. Holleman
