UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**             )<br>                                                                        )<br>                 **Plaintiff,**                          )<br>                                                                        )<br>**and**                                                             )<br>                                                                        )<br>**CHEROKEE NATION, and**                  )<br>**CHOCTAW NATION OF OKLAHOMA,**  )<br>                                                                        )<br>                 **Intervenor Plaintiffs,**           )<br>                                                                        )<br>**and**                                                             )<br>                                                                        )<br>**MUSCOGEE (CREEK) NATION,**            )<br>                                                                        )<br>                 **Consolidated Plaintiff,**         )<br>                                                                        )<br>**v.**                                                               )<br>                                                                        )<br>**CAROL ISKI,**                                          )<br>                                                                        )<br>                 **Defendant.**                         ) | Case No. 24-CV-0493-CVE<br>           (<u>BASE</u> <u>FILE</u>)<br><br>Consolidated with:<br>Case No. 25-CV-0028-CVE |

# ORDER

This matter comes on for consideration of defendant's motion to clarify (Dkt. # 110) and motion to exceed page limitation (Dkt. # 111). Defendant requests clarification as to whether her response to the pending motions for preliminary injunction is due on February 17, 2026 or whether the only filing due on that date is the parties' joint status report. If the a response to the motions for preliminary injunction is due on February 17, 2026, defendant requests an extension of time and leave to exceed the page limitation. Dkt. ## 110, 111. The Court has reviewed the docket sheet and does not find that there is currently any deadline for defendant to file a response to the motions for preliminary injunction. The Court's ruling (Dkt. # 106) on defendant's motions to dismiss set a deadline of February 17, 2026 for the parties to file a joint status report, but the Court did not

reinstate briefing deadlines for the motions for preliminary injunction. Defendant's motion for clarification (Dkt. # 110) is granted to the extent that the Court clarifies defendant currently has no deadline to file a response to the motions for preliminary injunction, and the parties' joint status report remains due on February 17, 2026.

**IT IS THEREFORE ORDERED** that defendant's motion to clarify (Dkt. # 110) is **granted in part** and **denied in part**: the motion is granted as to clarification of the pending deadlines and denied as to extension of the deadline to file a response to the motions for preliminary injunction.

**IT IS FURTHER ORDERED** that defendant's motion to exceed page limitation (Dkt. # 111) is **moot**.

**IT IS FURTHER ORDERED** that the only filing due on **February 17, 2026** is the parties' joint status report (see Dkt. # 106), and briefing deadlines on the motions for preliminary injunction will be reset following the Court's review of the parties' joint status report.

**DATED** this 13th day of February, 2026.

_____
CLAIRE V. EAGAN
UNITED STATES DISTRICT JUDGE