UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 24-CV-0493-CVE |
| ) | (BASE FILE) |
| and ) | |
| ) | Consolidated with: |
| CHEROKEE NATION, and ) | Case No. 25-CV-0028-CVE |
| CHOCTAW NATION OF OKLAHOMA, ) | |
| ) | |
| Intervenor Plaintiffs, ) | |
| ) | |
| and ) | |
| ) | |
| MUSCOGEE (CREEK) NATION, ) | |
| ) | |
| Consolidated Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| CAROL ISKI, ) | |
| ) | |
| Defendant. ) | |

## ORDER

The Court has reviewed the parties' joint status report (Dkt. # 113) and the parties note that there is currently a matter pending before the Tenth Circuit Court of Appeals that may affect the outcome of a substantial issue in this case. In Muscogee (Creek) Nation v. Steve Kunzweiler, 25-CV-75-GKF-JFJ (N.D. Okla), the Honorable Gregory Frizzell ruled that the state of Oklahoma has concurrent jurisdiction to prosecute persons for violations of state law when the alleged crime, not within the scope of the Major Crimes Act, was committed by an Indian who was not a member of the tribe on whose reservation the criminal activity occurred. The parties dispute whether the Tenth Circuit's ruling in Kunzweiler will completely resolve this case, but there is agreement between the parties that the Tenth Circuit's ruling will affect this Court's ruling on substantial aspects of

plaintiffs' claims.  Defendant asks the Court to stay this case pending the Tenth Circuit's ruling in Kunzweiler.  Dkt. # 113.  The Court will enter a briefing schedule on defendant's request to enter a stay pending the Tenth Circuit's ruling and, if necessary, will enter a scheduling order following the ruling on the motion to stay.

**IT IS THEREFORE ORDERED** that the Court enters the following briefing schedule for defendant's proposed motion to stay these proceedings:

| | |
|---|---|
| Defendant's Motion to Stay: | April 1, 2026 |
| Plaintiffs' Response: | April 15, 2026 |
| Defendant's Reply: | April 29, 2026 |

**DATED** this 23rd day of February, 2026.

_____
CLAIRE V. EAGAN
UNITED STATES DISTRICT JUDGE

2